■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL BRAZOBAN, Appellant. [813 NYS2d 656]—Appeal from judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about January 21, 2004, unanimously dismissed, defendant having been deported from the jurisdiction in January 2006.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Andrias, J.P., Sullivan, Williams, Sweeny and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SANDERS, Appellant. [813 NYS2d 658]—Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered March 10, 2005, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fourth degree, and sentencing him, as a second felony offender, to a term of 3 to 6 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Andrias, J.P., Sullivan, Williams, Sweeny and McGuire, JJ.